UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ENGARCIA GOMEZ PEREZ,<br><br>　　　Plaintiff<br><br>v.<br><br>WALMART, INC.,<br><br>　　　Defendant | Case No.: 2:23-cv-01011-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant Walmart, Inc.'s certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of Walmart, Inc. as required by the recent amendment to that rule.

I FURTHER ORDER defendant Walmart, Inc. to file a proper certificate of interested parties by July 17, 2023.

DATED this 5th day of July, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE