# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| ENGRACIA GOMEZ PEREZ, | Case No.: 2:23-cv-01011-APG-DJA |
|---|---|
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| WALMART INC., | |
| Defendant | |

I ORDER that plaintiff Engracia Perez's certificate of interested parties (ECF No. 8) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of plaintiff Engracia Perez as required by the recent amendment to that rule.

I FURTHER ORDER plaintiff Engracia Perez to file a proper certificate of interested parties by July 28, 2023.

DATED this 13th day of July, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE