Michael J. Nuñez, Esq.
Nevada Bar No. 10703
mnunez@murchisonlaw.com
Bryan J. Ure, Esq.
Nevada Bar No. 11004
bure@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957

Attorneys for Defendant, WALMART INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ENGRACIA GOMEZ PEREZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC., a Foreign Corporation; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-01011-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED to by Defendant WAL-MART, INC., and Plaintiff ENGRACIA GOMEZ PEREZ, by and through their attorneys of record, that any and all claims among and between the above-named parties be dismissed with prejudice, each party to bear their own fees and costs incurred herein.

/ / /

/ / /

/ / /

/ / /

This Stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay.

STIPULATED AND AGREED TO this 10th day of June, 2024.

**MURCHISON & CUMMING, LLP**

By: */s/ Bryan J. Ure*
Michael J. Nuñez, Esq.
Nevada Bar No. 10703
Bryan J. Ure, Esq.
Nevada Bar No. 11004
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Attorneys for Defendant

STIPULATED AND AGREED TO this 10th day of June, 2024.

**LADAH LAW FIRM**

By: */s/ Carl R. Houston*
Ramzy P. Ladah, Esq.
Nevada Bar No. 11405
Carl R. Houston, Esq.
Nevada Bar No. 11161
517 S Third Street
Las Vegas, NV 89101
Attorneys for Plaintiff

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

*Engracia Gomez Perez vs. Walmart Inc., et al.*
*Case No.: 2:23-cv-01011*
*Stipulation and Order for Dismissal with Prejudice*

# ORDER

The Court having considered the aforementioned Stipulation between the Parties, and good cause appearing therefore;

**ORDERED, ADJUDGED AND DECREED** that that the above-entitled action be, and the same hereby is, dismissed with prejudice, each of the parties to bear its own fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** any pending court date related to this matter shall be vacated and removed from calendar.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: June 11, 2024

Respectfully submitted by:

**MURCHISON & CUMMING, LLP**

*/s/ Bryan J. Ure*
Michael J. Nuñez, Esq.
Nevada Bar No. 10703
Bryan J. Ure, Esq.
Nevada Bar No. 11004
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Attorneys for Defendant, WAL-MART, INC.